**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re:<br><br>JESUS ARMANDO PEREZ,<br>SSN: XXX-XX-3099 and<br>SSN: XXX-XX-8844<br>Debtor.<br><br>CHARLES F. MCVAY,<br>United States Trustee Region 19,<br>Plaintiff,<br>v.<br>JESUS ARMANDO PEREZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case No.<br>05-31631-SBB<br>Chapter 7<br><br><br><br><br><br><br>Adversary Proceeding No.<br>06-01202-SBB |

**ORDER AMENDING MEMORANDUM OPINION AND ORDER ON REMAND**

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the file, and noting a typographical error contained in the Court's August 5, 2009 Memorandum Opinion and Order on Remand (Docket #93), as well as the accompanying August 5, 2009 Judgment, does hereby

ORDER that page ten, paragraph one of the Court's August 5, 2009 Memorandum Opinion and Order on Remand (Docket #92), as well as the accompanying Judgment (Docket #93), are hereby amended to reflect the deadline of "**September 18, 2009**," and not "September 4, 2009" by which creditors may file a written objection to dismissal of the adversary proceeding or file a motion to be substituted as Plaintiff in this action.

IT IS FURTHER ORDERED that this Order Amending Memorandum Opinion and Order on Remand shall be served by Debtor/Defendant, together with the original Memorandum Opinion and Order on Remand, pursuant to and in the manner set forth in the Court's original Memorandum Opinion and Order on Remand.

Dated this 12th day of August, 2009.         BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge